FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 23-0393
_____

| | |
|---|---|
| STATE OF MONTANA ) | |
| Plaintiff ) | |
| ) | ORDER TO EXTEND |
| vs. ) | THE DEADLINE FOR |
| ) | REPLY BRIEF |
| JUSTIN KALINA, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's motion for an extension of the deadline to file the

Reply Brief in this matter, and good cause therefrom;

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant shall file the reply

brief on or before March 11, 2024.

No further extensions will be granted.


ELECTRONICALLY SIGNED AND DATED BELOW.


cc:     Attorney General
        Jami Rebsom

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024